### 7272.  GRAY *v.* MARTIN & COMPANY.

HODGES, J. 1. Title to goods consigned to one who subsequently becomes bankrupt does not pass to the trustee in bankruptcy, as the trustee gets no other or better title than that of the bankrupt, and a bail-trover suit can be maintained by the true owner against one who purchased such consigned goods at the bankrupt sale.

2. The court did not err in directing a verdict in favor of the consignor.

*Judgment affirmed.*

DECIDED JULY 19, 1916.  REHEARING DENIED JULY 31, 1916.

Trover; from city court of Bainbridge—Judge Spooner. January 12, 1916.

*W. V. Custer*, for plaintiff in error.  *Harrell & Wilson*, contra.